UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Richard Lee Bates DIN# 16A3007

**16CV7368**

(In the space above enter the full name(s) of the plaintiff(s).)

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983

v. New York Police Department

Jury Trial: Yes ___ No ✓
(check one)

Defendant No. 1 Police Officer Albert Castello #7524
Defendant No. 2 Police Officer Bascom, Shield 30704
Defendant No. 3 Police Officer Jennifer Smith #2602
Defendant No. 4 Filed on Rikers Island, NY
Defendant No. 5 Filed on Judge R. Stolze Manhattan Suprem Court.

I plead guilty to a crim I never did I need a conviction over turnd. Set me free. Court's gave me a elegal prison term/ I was rail roadd by courts in Manhattan NY. Im filein law suet for Rongful conviction. and other matters.

(In the space above enter the full names(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff Name Richard Lee Bates
ID # 16A3007
Current Institution Downstate Correctional Facility
Address Box F Red Schoolhouse Road
Fishkill, New York 12524-0445

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1   Name OFFICER BAACOM   Shield # 30704
Where Currently Employed policent precent station
Address NEW YORK CITY

Defendant No. 2   Name OFFICER JENNIFER SMITH   Shield # 2602
Where Currently Employed policent precent station
Address NEW YORK CITY

Defendant No. 3   Name OFFICER MR. ALBERT CASTILLO   Shield # 7524
Where Currently Employed ALBERT CASTRILLO
Address NEW YORK CITY policent precent station

Defendant No. 4   Name JUDGE MR. R. STOLZE   Shield #
Where Currently Employed MANHATTANN SUPPREM COURT
Address 100 CEENTREE STREET, NEW YORK

Defendant No. 5   Name _____ Shield # _____
Where Currently Employed _____
Address _____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? ON NEW YORK policent precent station and on Rikera-Iland

B. Where in the institution did the events giving rise to your claim(s) occur? ON Rikera Iland state jail

C. What date and approximate time did the events giving rise to your claim(s) occur? 1 a 2, 014 in Manhannatan New York

2

D. Facts: I'm/being unlawfully deetained in prison for a crim i never did in manhattan New york New york city/back in the year 2014 i was acused of a second degree burglary something i never did they have no-proof of me stealin nothin from Hampton Hotel - they cant proove i broke into - nobodys/ - Hotel-room i was set up by the New york police department/ falsely - Arrested my charge - should of been for a dam crimine trespass - the hotel security guys stole/ - that ladys diemond ear - ring's/blame me/cause i wasnt suppose to be thire so it makes it look like i did it/but i didnt do it/my lawer was a legal Aid name Ms. Barbara H/she said if i go to trial and blew it get - 30 years the casse was suppose to be/a/crimine tress pass/i - was mulnipyalated by manhantanh courts to copp out to a Elegal prison term/for a crem i never did in New york city/courts Rail Roadd me cause of my pass Record.

III. Injuries: If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. only injuries/i have/is/ suffering for/a/ - crim God knows i never did one/ I'm/gree New york need to make shur i get my - enterstate compac to Tulsa/ oklahoma trensfer my - parole to - halfway house in - oklahoma/soon as possible.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). on Rikers iland and police nt precent station

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?
Yes ✓   No ___   Do Not Know ___   on Rikers iland

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?   on Rikers iland NY state jail
Yes ✓   No ___   Do Not Know ___
If YES, which claim(s)? _____

D. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?
Yes ✓   No ___   Do Not Know ___
If YES, which claim(s)? a responce back from officals / never heard back - c/os are lazzy on Rikers iland

E. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?
Yes ✓   No ___   on Rikers iland, New-York
If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?
Yes ___   No ___

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? on Rikers iland state jail New York C.95. Buelidn

1. Which claim(s) in this complaint did you grieve? unlawful imprisonment

2. What was the result, if any? never heard back from noone

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I just wrote about my false arrest / an my unlawful imprisonment / on Riker's iland state jail and my false arrest by - New York - police department

4

G. If you did not file a grievance, did you inform any officials of your claim(s)?
Yes ✓ No ___
1. If YES, whom did you inform and when did you inform them? TO Ø warden on C.95. Building Rikers, Island

2. If NO, why not? I never heard back from noone/ on Rikers, Island C.95. Building

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. The state of New York Has violated my Civile Rights / # 1. False Arrest By N.Y. police Department / # 2 unlawful imprisonment - By Rikers, Island 3. Wrongful - conviction By Juge R. Stolze / # 4 Elegal prison -term By a Stolze By Manhanttan / - False conviction By a District Attorny

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:
State what you want the court to do for you. False Arrest 1. Billion Dollars from New York police department / I need $1. - Billion dollars from Manhantann, New york supprem court District Attorny's office / for Wrongful conviction $1. Billion Dollars from Manhanttan, new york supprem court office / i need it for - elegal prison term / i need $1. Billion - Dollars from - Rikers, Island N.Y. state Jail now $ That's 4. Billion Dollars total for 551. Days of unlawful imprisonment put - Money in - my name

VI. Previous lawsuits: "Richard Lee Bates" / want all my money in Oklahoma Banks
A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ✓ No ___ open me a bank account at Bank of America
Put 2 Billion Dollars in it / $2. Billion in ▓▓▓▓ other Bank account in my name / give me my pin #s

B. If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
   Plaintiff _Law suets filed on N.Y. police/department_
   Defendants _Manhanntan, NY_
2. Court (if federal court, name the district; if state court, name the county) _Supprem court New York City_
3. Docket or Index number _#16·3017_
4. Name of Judge assigned to your case _R. Stolze / Manhanntan, NY_
5. Approximate date of filing lawsuit _11·12·2016_
6. Is the case still pending? Yes ___ No _✓_
   If NO, give the approximate date of disposition _11·12·2016_
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _I'm working on my Appeal form Now Trying to get my freedom Back and a Halfway House to go to in Tulsa, Oklahoma_

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ___ No ___

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to this previous lawsuit:
   Plaintiff _Richard Lee Bates_
   Defendants _filed on Judge R. Stolze / elegal prison term / Manhanntan_
2. Court (if federal court, name the district; if state court, name the county) _NY / Supprem court / New York City_
3. Docket or Index number _#16·3017_
4. Name of Judge assigned to your case _R. Stolze / Manhanntan, NY_
5. Approximate date of filing lawsuit _11·12·2016_
6. Is the case still pending? Yes ___ No _✓_
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _I'm working on my Appeal from Now on I'm — yes Trying to get my freedom Back and a Halfway House to go to in  Tulsa, Oklahoma_

6

Signed this _11_ day of _12_, 20_16_. I declare under penalty of perjury that the foregoing is true and correct.

                        Signature of Plaintiff  Richard Lee Bates
                        Inmate Number  16A3007
                        Mailing address  Box F
                                            Red Schoolhouse Road
                                            Fishkill, New York
                                            12524-0445

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _11_ day of _12_, 20_16_, I will deliver this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                                  Signature of Plaintiff:  Richard Lee Bates

rev. 09/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Richard Lee Bates
                              Plaintiff
                 -vs-
                                                REQUEST TO PROCEED
                                                IN FORMA PAUPERIS

Rikers Island         Defendant(s)   New York Jail

I, Richard Lee Bates, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

   _____

   _____

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month.
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   Decator, Georgia / Blue Ribbons Grill / $199. Dollars / a / week

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   $ 20. Dollars / Rikers Island / Took it for phone calls

    a) Are you receiving any public benefits?        ☒ No.  ☐ Yes, $ _____
    b) Do you receive any income from any other source?  ☒ No.  ☐ Yes, $ _____

B

4. Do you have any money, including any money in a checking or savings account? If so, how much? I need my law suets won" for cruel and unyellople punishment by New York State

5. Do you own any apartment, house or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.
☐ No  ☑ Yes, My family own a House/and cars My Sisters.

6. List the person(s) that you pay money to support and the amount you pay each month. Lisson I dont pay Nothing im/from Tulsa, Oklahoma/ New york owe me money. I want mines

7. Do you pay for rent or for a mortgage? If so, how much each month? I/Dont pay my family pays/mortage.

8. State any special financial circumstances which the Court should consider. My casse in Manhantann, New york supprem court gets over/turnd and I get pard $4. Béllion Dollars/from/my law seuts and set free out of New york department of corrections/for unlawful imprisonment

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct. Rong full conviction

Signed this __11__ day of __12__, __2016__.

_Richard Lee Bates_
(signature)

rev. 1/2001

9



DOWNSTATE CORRECTIONAL FACILITY
BOX F
RED SCHOOLHOUSE ROAD
FISHKILL, NEW YORK 12524-0445
NAME: Richard Bates    DIN: 16A3007

Official business send to →

Send to United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 230
New York, New York 1000[7]